THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101
Telephone:      (619) 374-4100
Facsimile:      (619) 231-9040

Attorneys for Plaintiff JAMES KIMBROUGH

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KIMBROUGH, | Case No. SACV11-1058 CJC (RNBx) |
| Plaintiff, | ORDER DISMISSING THE ACTION |
| vs. | Hon. Cormac J. Carney |
| CHRYSLER GROUP, LLC, and DOE 1 through DOE 10 inclusive, | |
| Defendants, | |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

DATED: July 3, 2012          By: _____
                                  Honorable Cormac J. Carney